UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNA IFTIKHAR and KINZA IFTIKHAR,<br><br>                              Plaintiffs,<br><br>  -against-<br><br>PENSKE LEASING AND RENTAL COMP, KOMOLO, INC. and TUVSHINJARGAL DUURENJARGAL,<br><br>                             Defendants. | Case No.: 1:23-cv-1768 (KPF)<br><br>**Letter to the Court Request Adjournment of Initial Pre-Trial Conference**<br><br> |

Good afternoon Judge Katherine Polk Failla,

This letter is submitted to request an adjournment of the Initial Pre-Trial Conference currently scheduled for May 25, 2023.  Briefly, this matter involves a motor vehicle accident that occurred on July 2, 2020, on northbound portion of I-87, Major Deegan Expressway, near Van Cortlandt Park, Bronx County.  The plaintiffs allege that defendant Duurenjargal struck their vehicle in the rear while in traffic.

The matter was removed on or about March 2, 2023, based upon the complete diversity of the parties pursuant to 28 U.S.C. §§ 1332(a).  This matter was originally brought in New York State Supreme Court, Bronx County.  Counsel for the plaintiffs in the original state court matter is Subin Associates.  As you will recall from my prior request for adjournment, counsel at Subin Associates informed me that a new firm would be handling the matter now that it had been removed to federal court.  New counsel was purported to be Myles Tintle, a partner with the firm of Terrilli & Tintle, PLLC.  Unfortunately, Subin and Associates only just retained Mr. Tintle's services today, May 23, 2023.  Despite this, Mr. Tintle and I have spoken regarding the facts of the case and we anticipate being able to more fully discuss the facts of the case, discovery and potential settlement once Subin and Associates provides him with a copy of their underlying legal file.

      Upon learning of Mr. Tintle's retention, I provided him copies of a proposed case management plan and joint letter as your honor requires. Mr. Tintle informed me that he would review both in short order, though he did already have prior engagements scheduled over the next two days, due to not having been retained at an earlier date. Mr. Tintle and I will discuss the joint letter, proposed case management plan and any outstanding discovery in the coming weeks and I expect us both to be prepared for any new date the court provides us. Based on these facts, I am respectfully requesting an adjournment of the initial pre-trial conference to a date certain in July. I am away on vacation out of the country during the week of June 26-June 30, 2023. I am prepared to conduct the initial conference prior to that date, if Mr. Tintle is available. In the interim, Mr. Tintle and I will work to prepare and submit to this court a proposed case management plan and joint letter.

      Thank you for your time in reviewing my request. Please let me know if there is anything else the court requires of me, and I'll happily provide it.

Dated: May 23, 2023
       Tarrytown, New York

      Very truly yours,

      **GFELLER LAURIE LLP**,

      Adam R. Dolan

---

Application GRANTED. The initial pretrial conference currently scheduled for May 25, 2023, is hereby ADJOURNED to **July 6, 2023, at 2:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 7.

Dated:   May 23, 2023
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE