UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMNA IFTIKHAR, et al,

                Plaintiffs,                23-cv-1768 (VF)

     -against-                    **ORDER**

PENSKE LEADING AND RENTAL COMP., et al,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Given that the parties have consented to the undersigned's jurisdiction, the conference scheduled before Judge Failla for January 18, 2024 is cancelled. The parties are directed to submit a status update by no later than **January 5, 2024.**

      SO ORDERED.

DATED:    New York, New York
               November 15, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge