**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AMNA IFTIKHAR, et al,

                           Plaintiffs,                      **23-cv-1768 (VF)**

                -against-                                 **ORDER**

PENSKE LEADING AND RENTAL COMP., et al,

                           Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The pre-settlement conference call in this matter is now scheduled for **Wednesday, May 8, 2024 at 11:00 a.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the newly scheduled time.  **Please dial (888) 808-6929; access code 9781335**.

      SO ORDERED.

DATED:    New York, New York
               April 25, 2024

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge